UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| CARGILLE SONS and CARGILLE-SACHER LABORATORIES, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> BRIDGESTONE AMERICAS TIRE OPERATIONS, LLC and OCCIDENTAL PETROLEUM CORPORATION, <br><br> Defendants. | Hon. Madeline Cox Arleo <br> Hon. Jose R. Almonte <br><br> Civil Action No. 2:22-cv-01515-MCA-JRA <br><br> **STIPULATION OF DISMISSAL WITH PREJUDICE** |

Plaintiffs, Cargille Sons and Cargille-Sacher Laboratories, Inc., and Defendants, Bridgestone Americas Tire Operations, LLC and Occidental Petroleum Corporation, by and through their undersigned counsel, hereby stipulate and agree that the above-captioned action be and is hereby dismissed with prejudice and without costs to any party pursuant to Fed. R. Civ. P. 41(a).

Michael G. Sinkevich, Esq.
Lieberman Blecher & Sinkevich, P.C.
10 Jefferson Plaza, Suite 400
Princeton, New Jersey 08540
*Attorneys for Plaintiffs, Cargille Sons and Cargille-Sacher Laboratories, Inc.*

| | |
|---|---|
| /s/ Michael G. Sinkevich <br> Michael G. Sinkevich, Esq. | Date:  December 6, 2023 |

1

2

Amanda L. Rauer, Esq.
Langsam Stevens Silver & Hollaender LLP
1818 Market Street, Suite 2430
Philadelphia, Pennsylvania 19103
*Attorneys for Defendants, Bridgestone Americas Tire Operations, LLC and Occidental Petroleum Corporation*

/s/ Amanda L. Rauer                Date:  December 6, 2023
Amanda L. Rauer, Esq.


                              SO ORDERED

                              *s/Madeline Cox Arleo*
                              MADELINE COX ARLEO, U.S.D.J.

                              Date:  12/7/23

2